UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEON EUGENE SIMMS,

        Plaintiff,

v.

STEVEN BUCHANAN, et al.,

        Defendants.

Case No. 3:25-cv-05342-DGE

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge Theresa L. Fricke. (Dkt. No. 6.) The Court, having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 6);

(2) The action is dismissed without prejudice for failure to state a claim upon which relief may be granted and pursuant to the *Younger* abstention doctrine. *See Younger v. Harris*, 401 U.S. 37 (1971).

(3) Plaintiff's motion to proceed IFP (Dkt. No. 1) is denied as moot.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Dated this 11th day of September, 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2